UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** 24cr75 KMM/LIB |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| v. | 18 U.S.C. § 924(c)(1)(A) |
| | 21 U.S.C. § 841(a)(1) |
| DIAUNTE JEVON SHIELDS, | 21 U.S.C. § 841(b)(1)(A) |
| | 21 U.S.C. § 851 |
| Defendant. | 21 U.S.C. § 853 |
| | 28 U.S.C. § 2461(c) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent To Distribute Methamphetamine, Fentanyl, and Cocaine)

On or about February 19, 2024, in the State and District of Minnesota, the defendant,

**DIAUNTE JEVON SHIELDS,**

did unlawfully, knowingly, and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine, 400 grams or more of a mixture or substance containing fentanyl, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 841(b)(1)(B).

### COUNT 2
(Felon in Possession of a Firearm)

On or about February 19, 2024, in the State and District of Minnesota, the defendant,

**DIAUNTE JEVON SHIELDS,**

having previously been convicted of the following crimes, each of which was punishable by imprisonment for a term exceeding one year:

SCANNED
MAR 2 1 2024
U.S. DISTRICT COURT ST. PAUL

| Crime | Jurisdiction of Conviction | Date of Conviction (in or about) |
|---|---|---|
| Possession of 50 grams or more of cocaine base with intent to distribute | Western District of Wisconsin | July 2007 |
| Conspiracy to deliver greater than 15 to 40 grams of cocaine | La Crosse County, Wisconsin | September 2003 |
| Conspiracy to manufacture or deliver greater than 5 to 15 grams of cocaine | La Crosse County, Wisconsin | August 2001 |

and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock model 19 Gen 4 9-millimeter semi-automatic pistol bearing serial number BEKC213, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Possessing a Firearm in Furtherance of a Drug Trafficking Crime)

On or about February 19, 2024, in the State and District of Minnesota, the defendant,

**DIAUNTE JEVON SHIELDS**,

did knowingly possess a firearm, that is, a Glock model 19 Gen 4 9-millimeter semi-automatic pistol bearing serial number BEKC213, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Methamphetamine, Fentanyl, and Cocaine as alleged at Count 1, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF PRIOR CONVICTION

Before committing the offense charged at Count 1 of this Indictment, the defendant DIAUNTE JEVON SHIELDS was convicted in the Western District of Wisconsin of

possessing 50 grams or more of cocaine base with intent to distribute, a serious drug felony punishable by a term of imprisonment for ten or more years, which had become final and for which he served more than twelve months of imprisonment, and from which he was released within fifteen years from the date of the instant offense. *See United States v. Diaunte Jevon Shields*, No. 07-CR-007-S-01. As a result of that conviction, defendant DIAUNTE JEVON SHIELDS is subject to increased punishment under 21 U.S.C. § 851.

## FORFEITURE ALLEGATIONS

Counts 1, 2, and 3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of that offense, including but not limited to:

1. A Glock model 19 Gen 4 9-millimeter semi-automatic pistol bearing serial number BEKC213; and

2. Any ammunition and magazines seized therewith.

If convicted of either of Counts 2-3 of the Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used in with the commission of the violation, including but not limited to:

3

*United States v. Diaunte Jevon Shields*

1. A Glock model 19 Gen 4 9-millimeter semi-automatic pistol bearing serial number BEKC213; and

2. Any ammunition and magazines seized therewith.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____    _____

UNITED STATES ATTORNEY            FOREPERSON